**Order entered February 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01101-CR**
**No. 05-19-01102-CR**

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F81-01105-J & F81-01027-J**

## ORDER

The clerk's record, filed November 12, 2019, contains the Deputy Reporter Statement of deputy court reporter LaToya Young Martinez. According to the statement, Ms. Young Martinez worked on August 6, 2019, the date the trial court signed its findings on the post-conviction DNA testing in these appeals.

We **ORDER** Ms. Young Martinez to file, within **TWENTY DAYS OF THE DATE OF THIS ORDER**, (1) the reporter's record in these appeals or (2) written verification that no hearings were recorded.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; LaToya Young Martinez, deputy court reporter;

Gary Barnes, TDCJ# 00318814, Ramsey I Unit, 1100 FM 655, Rosharon, TX 77583; and the

Dallas County District Attorney's Office – Appellate Division.

/s/     BILL PEDERSEN, III
        JUSTICE